373 A.2d 1151

Smeltzer et ux., Appellants, v. Kohlbus.

Argued March 16, 1977.   Donald L. Reihart, with him Lawrence V. Young, for appellants;   George F. Douglas, Jr., for appellee.

Judgment affirmed.

373 A.2d 1151

Stevens, Appellant, v. Dubinsky et ux.

Argued March 14, 1977. Philip D. Freedman, with him Caldwell, Clouser & Kearns, for appellant;   Richard H. Wix, and Wix, Wenger & Weidner, submitted a brief for appellees.

Order affirmed.